UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04cr321 |
|---|---|---|
| vs. | ) | **ORDER FOR DISMISSAL INDICTMENT** |
| CHRISTOPHER CURTIS ALEXANDER | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case *without prejudice*.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: July 6, 2006

David C. Keesler
United States Magistrate Judge